FRANZBLAU DRATCH
A Professional Corporation
Plaza I
354 Eisenhower Parkway
Livingston, New Jersey 07039
(973) 992-3700
Attorneys for *Plaintiff*

-------------------------------------------------------X

UNITED STATES OF AMERICA,

          Plaintiff,

-vs-

MICHAEL KAUFMAN,
ANDRE DEVIEUX, and
DAVID WYNN

          Defendant.

-------------------------------------------------------X

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CRIMINAL NO. 2:08-cr -00763 (JAG)

ORDER

This matter having come before the Court on the application of David Wynn (by Stephen N. Dratch, Esq.), for an order granting David Wynn temporary possession of his passport, which is in the care of the US Pretrial Services Agency, for the sole purpose of obtaining a duplicate drivers license from the Department of Motor Vehicle.

WHEREFORE, IT IS on this 12th day of ~~December~~ January, 2009

ORDERED, that the US Pretrial Services Agency, release to defendant David Wynn his passport, currently in the possession of the US Pretrial Services Agency; and

IT IS FURTHER ORDERED that defendant return his passport within (24) hours to the US Pretrial Services Agency; and

IT IS FURTHER ORDERED that all conditions of pretrial release previously imposed by the court remain in full force and effect.

_____
HON. JOSEPH A. GREENAWAY JR.
United States District Judge

I HEREBY CONSENT TO THE ENTRY
OF THE ORDER HEREIN

_____
LISA ROSE
*Assistant U.S. Attorney*