FRANZBLAU DRATCH
A Professional Corporation
Plaza I
354 Eisenhower Parkway
Livingston, New Jersey 07039
(973) 992-3700
Attorneys for *Plaintiff*

-------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiff, | CRIMINAL NO. 2:08-cr-00763 (JAG) |
| -vs- | |
| MICHAEL KAUFMAN, ANDRE DEVIEUX, and DAVID WYNN | ORDER |
| Defendant. | |

-------------------------------------------------X

This matter having come before the Court on the application of David Wynn (by Stephen N. Dratch, Esq.); the government having posed no objection; for an order granting David Wynn temporary possession of his passport, presently in the possession of the US Pretrial Services Agency ("PTS"), for the sole purpose of attending a family vacation to the Bahamas, from April 8, 2010 thru April 12, 2010.

WHEREFORE, IT IS on this ___7___ day of April, 2010

ORDERED, that PTS release to defendant David Wynn his passport, currently in the possession of PTS, upon David Wynn's presentation to PTS of sufficient proof of travel, as determined by PTS.

IT IS FURTHER ORDERED that defendant return his passport within (24) hours to the US Pretrial Services Agency upon arrival into the United States.

IT IS FURTHER ORDERED that all conditions of pre trial release previously imposed by the court remain in full force and effect.

HON. DENNIS M. CAVANAUGH
United States District Judge

I HEREBY CONSENT TO THE ENTRY
OF THE ORDER HEREIN

LISA ROSE
*Assistant U.S. Attorney*