NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **Hon. Dennis M. Cavanaugh** |
| | : | |
| | : | **ORDER** |
| v. | : | |
| | : | Criminal No. 08-763 |
| MICHAEL KAUFMAN and | : | DMC |
| DAVID WYNN | : | |
| | : | |
| Defendants. | : | |
| | : | |

DENNIS M. CAVANAUGH, U.S.D.J.:

    This matter comes before the Court upon motion by the United States of America to permit the deposition of a potential government witness pursuant to Federal Rule of Criminal Procedure Rule 15. After considering all submissions, and based upon the following;

    **WHEREFORE** the United States states that a potential Government witness is gravely ill and may be unavailable to testify at trial;

    **WHEREFORE** the Government has not submitted any declaration, certification or affidavit from the potential witness attesting to the severity of his illness such that a deposition pursuant to Federal Rule of Criminal Procedure Rule 15 would be necessary;

    **WHEREFORE** the Government has not submitted any declaration, certification or affidavit from a physician or otherwise qualified medical professional attesting to the severity of the potential witness' illness, or to his diagnosis and prognosis;

    **WHEREFORE** the declaration submitted by the Government in support of the instant

motion states that the potential witness is still able to go to work;

**WHEREFORE** the trial for which the deposition is sought is scheduled to begin on November 30, 2010;

IT IS __5__ day of November, 2010;

**ORDERED** the Government's motion to take and preserve for trial the deposition of a potential witness is **denied** without prejudice.

Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk
cc:        All Counsel of Record
           File