NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | : | **ORDER** |
| v. | : | Criminal Action 2-09-cr-00763(DMC) |
| MICHAEL KAUFMAN, ANDRE DEVIEUX, and DAVID WYNN. | : | |
| Defendants, | : | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion by David Wynn, through his attorney, for an order granting a continuance of the trial presently set for November 30, 2010 [~~2009~~]. After considering the submissions of the parties;

IT IS on this 29 day of November, 2010;

**ORDERED** Defendants motion for a continuance of the upcoming trial is **denied.**

_/s/ Dennis M. Cavanaugh_
Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk
cc:        All Counsel of Record

         File